IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CONNIE WHITE                                                                                       PLAINTIFF

V.                                                          CIVIL ACTION NO.: 1:19-CV-12-SA-RP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                            DEFENDANT

ORDER

Connie White filed her Complaint [1] against State Farm Mutual Automobile Insurance Company on January 14, 2019, pursuing claims under state law and premising federal jurisdiction on diversity of citizenship. The Magistrate Judge assigned to this case entered a Case Management Order [15] on May 14, 2019. In June of 2019, State Farm filed a Motion for Summary Judgment [20]. The Plaintiff filed a Response [23], and a Motion to Amend [24] her Complaint. The Magistrate Judge assigned to this case granted the Plaintiff's Motion to Amend, *see* Order [31], and the Plaintiff filed her Amended Complaint [33] on July 26, 2019.

Due to filing of the Plaintiff's Amended Complaint [33], the Defendant's Motion for Summary Judgment [20] requesting dismissal of the Plaintiff's original Complaint [1] is now MOOT and is DISMISSED without prejudice. In so doing, the Court notes that the Magistrate Judge assigned to this case extended the dispositive motions deadline in this case until November 22, 2019. *See* Order [39]

It is SO ORDERED, on this the 31st day of October, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE